1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MAI THAO,

               Plaintiff,

    v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

               Defendant.

CASE NO.: 1:23-cv-01220-GSA

**ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND DIRECTING CLERK TO ISSUE
NEW CASE DOCUMENTS**

(Doc. 2)

Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Doc. 2.  Plaintiff's

declarations in the motion satisfy the requirements under § 1915 to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that:

1.     Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.

2.     The Clerk of Court is **DIRECTED** to issue new case documents including: 1)

summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of

consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

Dated:  __**August 17, 2023**__         __**/s/ Gary S. Austin**_____
                                    UNITED STATES MAGISTRATE JUDGE