UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MAI THAO,

    Plaintiff,

       v.

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

    Defendant.

Case No. 1:23-cv-01220-GSA

**ORDER OF REMAND**

## **ORDER**

Pursuant to stipulation (Dkt. 11), the case is **remanded** to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g) consistent with the terms of the stipulation (Dkt. 11). Judgment **shall issue** for Plaintiff.

IT IS SO ORDERED.

Dated: __**October 17, 2023**__    _____/s/ Gary S. Austin_____
                                                         UNITED STATES MAGISTRATE JUDGE